Jose Manuel Silva QUINTANILLA, Petitioner–Appellant,

v.

US IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), Warden, Respondents–Appellees.

No. 13–11247
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 31, 2013.

Jose Manuel Silva Quintanilla, Atlanta, GA, pro se.

Aileen Bell Hughes, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Respondents–Appellees.

Before HULL, MARCUS, and HILL, Circuit Judges.

HILL, Circuit Judge:

Jose Quintanilla, a federal prisoner confined at United States Penitentiary (USP) Atlanta, appeals from the dismissal for

lack of jurisdiction of his *pro se* habeas corpus petition filed under 28 U.S.C. § 2241. In his petition, Quintanilla asked the district court to order respondent Immigration and Customs Enforcement (ICE) to remove an immigration detainer lodged against him.

The district court adopted the report and recommendation of the magistrate judge and dismissed the petition for lack of subject matter jurisdiction. *See Orozco v. INS,* 911 F.2d 539, 541 (11th Cir.1990) (dismissing Section 2241 petition filed by state prisoner against whom only an immigration detainer was lodged). The filing of an immigration detainer, alone, does not render a federal prisoner in custody of ICE under Section 2241 for purposes of challenging that detainer. *Id.*

Having reviewed the record and considered the arguments of the parties contained in their briefs, we affirm the district court in all respects to this appeal for the reasons stated by the district court.

**AFFIRMED.**